4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**JAN 2 1** 2000

Michael N. milby
Clerk of Court

| | | |
|---|---|---|
| JOSE CUELLAR | & | |
| | & | |
| VS | & | C.A. NO. B-99-195 |
| | & | |
| THE CITY OF SANTA ROSA, | & | |
| AND OFFICER JACOB L. BORJAS, | & | |
| INDIVIDUALLY AND IN HIS | & | |
| OFFICIAL CAPACITY | & | |

## CITY DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

COME NOW the CITY OF SANTA ROSA, TEXAS, and the following individually named Defendant: JACOB L. BORJAS, Individually and Officially, (collectively "CITY DEFENDANTS") and file this Certificate of Interested Persons:

Plaintiff:        JOSE CUELLAR

Counsel:        Mr. Carlos Quintana
                Law Offices of Carlos Quintana
                Neuhaus Tower Ste. #1302
                200 South 10th
                McAllen, Texas 78501
                Phone: (956) 687-9729
                Fax: (956) 687-9760

Defendants:        CITY OF LA JOYA
                JACOB L. BORJAS, INDIVIDUALLY and OFFICIALLY

Counsel:        Mr. Ricardo J. Navarro
                Mr. Mauro F. Ruiz
                DENTON, McKAMIE & NAVARRO, P.C.
                Bank of American Building
                222 E. Van Buren, Suite 405
                Harlingen, Texas 78550
                Phone: 956/421-4904
                Fax: 956/421-3621

Defendants' Certificate of                                    Page 1
 Interested Parties

SIGNED on the 21st day of January 2000.

Respectfully submitted,

**DENTON, McKAMIE & NAVARRO**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
State Bar No. 24007960
So. Dist. ID No. 23774

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent  to
the persons listed below on the 21st day of January, 2000.

Mr. Carlos Quintana                    **CMRRR NO. Z 233 797 971**
LAW OFFICES OF CARLOS QUINTANA
Neuhaus Tower, sTe 1302
200 South 10th
McAllen, Texas 78501

_____
RICARDO J. NAVARRO
MAURO F. RUIZ

r:\cuellar\...\certif

Defendants' Certificate of                         Page 2
 Interested Parties