IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE CUELLAR,<br>　　　　　　　Plaintiffs,<br><br>*versus*<br><br>CITY OF SANTA ROSA AND<br>JACOB L. BORJAS, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY,<br>　　　　　　　Defendants. | §<br>§<br>§<br>§<br>§　CIVIL ACTION B-99-195<br>§<br>§<br>§<br>§<br>§ |

United States District Court
Southern District of Texas
ENTERED
APR 2 4 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

# Mediation Order

1.  *Under Local Rule 20, this case is referred for mediation:*

    The parties are ORDERED to participate in the Cameron County Bar Association's Settlement Week.

    Mediation is a mandatory, nonbinding settlement conference in which the parties attempt to resolve their differences with the assistance of a neutral third-party.

2.  *Procedure.*

    A.  By April 28, 2000, all counsel must complete and submit the Settlement Week Case Information Data Sheet attached to this order. Counsel will comply with all instructions and procedures as described by the Cameron County Bar Association.

    B.  Mediation must occur during the Cameron County Bar Association's Settlement Week, scheduled for May 22-26, 2000.

    C.  All proceedings in a mediation are confidential and privileged. No subpoena, summons, or discovery paper shall be served on a participant en route to or from or at a mediation session.

    D.  Within ten days of the mediation, the mediator will file with the clerk the memorandum required by Local Rule 20.K.1. No information about the mediation, other than that memorandum, may be given to the court by anyone.

3.  *Requirements.*

    A.  Counsel and the parties shall endeavor in good faith to resolve the case through mediation.

    B.  Each party must be present during the entire mediation. Individual parties must appear in person; others must appear by a principal, partner, officer, or other official with authority to negotiate and to commit.

    C.  If insurance companies must be involved in a settlement, a representative from each company with authority to negotiate and to agree must attend the mediation.

4.  *Fee.*

   The Cameron County Bar Association has set the mediation fee at $150.00 per party. Each party is responsible for their own fees.

5.  *Scheduling Order.*

   All dates in the scheduling order are suspended. If mediation is unsuccessful, the court will enter a scheduling order.

   Everything is stayed except for extraordinary emergency motions.

   SIGNED on _April 24th_, 2000 at Brownsville, Texas.

   _____
   Hilda G. Tagle
   United States District Judge