8

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
APR 27 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas  ☐ Koerner |
| DATE | 04 / 27 / 00 |
| TIME | 9:45 a.m.  —  9:55 a.m. |
| CIVIL ACTION | B / 99 / 195 |
| STYLE | CUELLAR versus CITY OF SANTA ROSA, ET AL. |

DOCKET ENTRY

(HGT)  ■ Initial Pretrial Conference; ____ day  ☐ Bench  ☐ Jury Trial   (Rptr. Breckecord)

Carlos Quintana      for   ■ Ptf. # _____   ☐ Deft. # _____
Mauro Ruiz           for   ☐ Ptf. # _____   ■ Deft. # _____

1. The Court has entered a mediation order.
2. Parties agree that their proposed deadlines in their Joint Discovery/Case Management Plan should be modified. The Expert designation date and the discovery cut off date should be switched.
3. A scheduling order will be entered.
4. Plaintiff's counsel informed the Court that Plaintiff died in January of injuries believed to be at least partially related to this case.