9

# UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Cuellar §
versus §
The City of Santa Rosa §  CIVIL ACTION B- 99-195
§
§

United States District C...
Southern District of T...
ENTERED
MAY 0 4 2000
Michael N. Milby, Clerk of ...
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.     ☐ Bench    ☒ Jury

2. New parties must be joined by: _____

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __7-15-00__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __9-1-00__

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by: __9-21-00__

7. Joint pretrial order is due: __10-19-00__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __11-2-00__

9. Jury Selection is set for 9:00 a.m. on: __11-6-00__

The case will remain on standby until tried.

Signed __April 27__, 2000, at Brownsville, Texas.

                                  Hilda G. Tagle
                               United States District Judge

*Counsel, please sign on the back.*

_____   _____Mauro J. Ruiz_____
Counsel for _Plaintiff_     Counsel for _Cpl. Jacob Borjas_
                                        _City of Santa Rosa, TX_

_____   _____
Counsel for_____  Counsel for_____


_____   _____
Counsel for_____  Counsel for_____