United States District Court
Southern District of Texas
FILED

JUN 0 5 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE CUELLAR, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NUMBER |
| | § | |
| vs. | § | B-99-195 |
| | § | |
| CITY OF SANTA ROSA AND JACOB L. BORJAS, individually and in his official capacity, | § § § | |
| | § | |
| Defendants. | § | |

## REPORT OF MEDIATION

TO THE HONORABLE JUDGE OF THIS COURT:

James A. Herrmann, settlement week volunteer mediator, duly files his report of mediation of the above-referenced civil action.

Pursuant to an order by this court, mediation of the civil action was held on May 25th, 2000.

Petitioner appeared in person and by attorney.

Respondent appeared by attorney in person and with adjuster.

The mediation proceeded by opening statements. Apparently the defendants had filed a motion for summary judgment based on qualified immunity of the officer and was unwilling to entertain a demand with a counter offer until plaintiff responds to defendant's motion based on qualified immunity. Because of the nature of the contest, the parties agreed

to reconvene the mediation if the plaintiff is able to raise a genuine issue of material fact. The Mediator volunteered to resume the mediation if requested by the parties.

The defendant though not unwilling to mediate was unwilling to counter offer a demand until the plaintiff responded to defendant's motion based on qualified immunity.

This concludes this report.

Respectfully submitted,

BY: *James A. Herrmann*
JAMES A. HERRMANN, Mediator
State Bar No. 09541500
1205 E. Tyler Avenue
Harlingen, TX 78550
(956) 421-5776
Fax No. (956) 421-5779

2

## CERTIFICATE OF SERVICE

I certify that on this the ___30th___ day of May, 2000, I have served a copy of the foregoing Report of Mediation on all parties, or their attorneys of record in compliance with Local Rule 20.K.1 of F. R. Civ. P., as follows:

Mr. Carlos Quintana
**Law Office of Carlos Quintana**
200 S. 10th, Suite 1302
McAllen, TX 78501

Mr. Ricardo J. Navarro
**Denton, McKamie & Navarro**
222 E. Van Buren, Ste. 405
Harlingen, TX 78550

Ms. Dorothy Gonzalez
Settlement Week Coordinator
Cameron County Bar Association
P O Box 333
Harlingen, TX  78551

*James A. Herrmann*
JAMES A. HERRMANN, Mediator