IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 27 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FLOR ESTELLA BRIONES, Individually and As Representative of the Estate of JOSE CUELLAR and As Next Friend of JOSE D. CUELLAR, JR., and JUANITA CUELLAR, Minors<br>　　　　PLAINTIFF | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-195 |
| THE CITY OF SANTA ROSA, and OFFICER JACOB L. BORJAS, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY<br>　　　　DEFENDANTS | § § § § § | JURY TRIAL DEMANDED |

## PLAINTIFF'S SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION

TO THE HONORABLE COURT:

COME NOW, **FLOR ESTELLA BRIONES**, Individually and As Representative of the Estate of JOSE CUELLAR and As Next Friend of JOSE D. CUELLAR, JR., and **JUANITA CUELLAR**, Movant Plaintiff in the above styled and numbered cause and informs and suggests to this Court that JOSE CUELLAR, Plaintiff, has died. A certified copy of JOSE CUELLAR's death certificate is attached as EXHIBIT "A" and incorporated by reference the same as if fully copied and set forth at length.

Pursuant to the Federal Rules of Civil Procedure the following individuals wish to subsitute for Plaintiff and elect to continue this suit against all defendants named in this

suit. They are as follows: **FLOR ESTELLA BRIONES, Individually and As Representative of the Estate of JOSE CUELLAR and As Next Friend of JOSE D. CUELLAR, JR., and JUANITA CUELLAR.**

WHEREFORE PREMISES CONSIDERED, **FLOR ESTELLA BRIONES, Individually and As Representative of the Estate of JOSE CUELLAR and As Next Friend of JOSE D. CUELLAR, JR., and JUANITA CUELLAR** prays that this Honorable Court grant their Motion for Substitution and that they be allowed to contrinue this suit against all Defendants.

          Respectfully submitted,

          LAW OFFICE OF CARLOS QUINTANA, P.C.
          Neuhaus Tower, Suite 1302
          McAllen, TX  78502
          (956) 687-9729
          (956) 687-9760  FAX

          By: _____
               CARLOS QUINTANA
               State Bar No:  16436345
               Fed. I.D. 11389

## CERTIFICATE OF SERVICE

I the undersigned representative for the LAW OFFICES OF CARLOS QUINTANA, P.C. hereby certify that a true and correct copy of the foregoing Pleading has been sent to the following attorneys:

Mr. Ricardo J. Navarro
DENTON, MCKAMIE & NAVARRO
222 E. Van Buren, Suite 405
Harlingen, Texas 78550

on this the  26  day of  June , 2000.

_____
CARLOS QUINTANA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE CUELLAR | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-195 |
| | § | |
| THE CITY OF SANTA ROSA, and | § | |
| OFFICER JACOB L. BORJAS, | § | |
| INDIVIDUALLY and IN HIS OFFICIAL | § | |
| CAPACITY | § | |
| DEFENDANTS | § | JURY TRIAL DEMANDED |

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR SUBSTITUTION

The Court, having reviewed Plaintiff's Motion for Substitution, any response thereto, along with the pleadings of the parties, finds that Plaintiff's motion is well taken; and accordingly, Grants said motion.

**IT IS ORDERED, ADJUDGED AND DECREED** that this Honorable Court **GRANTS** Plaintiff's Motion for Substitution.

SIGNED AND ENTERED on this ____ day of _____, 2000, at Brownsville, Texas.

_____
JUDGE PRESIDING

cc:   Carlos Quintana, Neuhaus Tower, Suite 1302, McAllen, TX 78501
      Ricardo Navarro, Bank of American Building, 222 E. Van Buren, Suite 405, Harlingen, TX 78550

# EXHIBIT "A"

ClibPDF - www.fastio.com

CERTIFICATION OF VITAL RECORD

# CITY OF HARLINGEN
# BUREAU OF VITAL STATISTICS

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER**

| Field | Value |
|---|---|
| 1. Name of Deceased (First, Middle, Last) | Jose Dolores Cuellar |
| 2. Sex | Male |
| 3. Date of Death | January 9, 2000 |
| 4. Date of Birth | December 18, 1956 |
| 5. Age | 43 |
| 8. Birth Place | Mexico |
| 7. Social Security No. | 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 |
| 9. Race | White |
| 9a. Hispanic Origin | Yes — Mexican |
| 10. Armed Forces | No |
| 11. Education | 2 |
| 12. Marital Status | Married |
| 13. Surviving Spouse | Flor Estella Guajardo |
| 14a. Usual Occupation | Carpenter |
| 14b. Kind of Business | Carpentry |
| 15. Residence Street Address | North 5th Street  P.O. Box 642 |
| 15b. City or Town | Santa Rosa |
| 15c. County | Cameron |
| 15d. State | Texas |
| 15e. Zip Code | 78593 |
| 15f. Inside City Limits | Yes |
| 16. Father's Name | Mauro Cuellar |
| 17. Mother's Maiden Name | Juana Sandoval |
| 18. Place of Death | Hospital - Inpatient |
| 19. County of Death | Cameron |
| 20. City or Town | Harlingen |
| 21. Name of Hospital | Valley Baptist Medical Center |
| 22. Informant | Flor E. Brizon Cuellar — wife |
| 23. Mailing Address | P.O. Box 642 Santa Rosa, TX 78593 |
| 24. Method of Disposition | Removal from State |
| 25a. Place of Disposition | Municipal Guadalupe De La Joya |
| 25b. Location | General Teran, Tamp. |
| 27. Signature | Orlando Elizondo |
| 28. Date of Disposition | January , 2000 |
| 29. Funeral Home | Trinity Funeral Chapels, 1217 South F, Harlingen, TX 78550, (956) 364-2555 |
| 30. Certifier | Certifying Physician |
| 31. Signature of Certifier | Diana Lozano, M.D. |
| 32. Date Signed | 01-10-00 |
| 33. Time of Death | 14:10 |
| 34. Printed Name & Address | Dr. Diana H. Lozano, 1901 Ed Carey Dr., Harlingen, Texas 78550 |

**35. Part I — Cause of Death:**

- Immediate Cause: Esophageal Variceal Bleeding — 24 hours
- Due to: Cirrhosis Liver

**Other significant conditions contributing to death:** Alcohol Abuse

- Tobacco use contribute to death: No
- Alcohol use contribute to death: No

| Field | Value |
|---|---|
| File No. | 02-864 |
| 45. Date Received by Local Registrar | 01-11-00 |
| Local Registrar | Belia Zavala |

**STATE OF TEXAS**
**COUNTY OF CAMERON**

DATE ISSUED: 01-11-00

This is a true and correct certification of the original record as recorded in this office, issued under Authority of Sec. 191.051, Health and Safety Code.

Belia Zavala
LOCAL REGISTRAR/DEPUTY

DO NOT ACCEPT UNLESS PREPARED ON SECURITY PAPER WITH ENGRAVED BORDER DISPLAYING THE CITY OF HARLINGEN SEAL AND SIGNATURE OF THE REGISTRAR. NOT VALID IF PHOTOCOPIED.

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.

11397