21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE CUELLAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | 99- |
| v. | § | CIVIL ACTION NO. B-00-195 |
| | § | |
| THE CITY OF SANTA ROSA, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on July 31, 2000, the Court GRANTED Defendants' motion to stay discovery (Dkt. No. 10-3).

DONE at Brownsville, Texas, this __31__ day of July 2000.

_____
Hilda G. Tagle
United States District Judge