```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED
SEP 28 2000
Michael N. Milby
Clerk of Court

FLOR ESTELLA BRIONES, INDIVIDUALLY     \*
AND AS REPRESENTAITVE OF THE           \*
ESTATE OF JOSE CUELLAR AND AS NEXT     \*
FRIEND OF JOSE CUELLAR, JR., AND       \*
JUANITA CUELLAR, MINORS                \*
                                       \*   CAUSE NO. B-99-195
VS                                     \*
                                       \*
THE CITY OF SANTA ROSA,                \*
AND OFFICER JACOB L. BORJAS            \*
INDIVIDUALLY AND IN HIS OFFICIAL       \*
CAPACITY                               \*

**CITY DEFENDANTS' ADVISORY TO THE COURT REGARDING
RENEWED MEDIATION EFFORTS AND REQUEST TO ABATE RULINGS**

May it Please the Court:

Now Come DEFENDANTS, the CITY OF SANTA ROSA and JACOB BORJAS, individually and in his official capacity, (hereafter "CITY DEFENDANTS") and file this Advisory to the Court of Renewed Mediation and Request for Abatement.

As per this Court's order, the Parties unsuccessfully mediated this matter on Wednesday, May 24, 2000, during Cameron County Settlement Week. Since that time, the Parties have engaged in discovery, and CITY DEFENDANTS have filed numerous motions which are before the Court for disposition.

The Parties, however, recently scheduled a full-day mediation session for Tuesday, October 24, 2000, at 9:00 a.m. Mr. Leo Salzman will serve as mediator. In view of the pending mediation,

City Defendants' Advisory to Court
& Request to Abate Rulings                                    Page 1

CITY DEFENDANTS request that any of the Court abate making any rulings on pending motions until after the mediator's report is filed with Court, if the matter is not successfully mediated.

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiff, Mr. Carlos Quintana has been advised as to CITY DEFENDANTS' filing of this Advisory to Court and he does not oppose the merits of it.

### CONCLUSION & PRAYER

Based on the above, CITY DEFENDANTS request that the Court take judicial notice of the Parties' renewed attempt to resolve this matter by alternative dispute resolution. CITY DEFENDANTS further request that the Court abate its rulings on any pending motion until after the mediator's report is filed.

SIGNED on the 28th day of September, 2000.

Respectfully Submitted,

**DENTON, McKAMIE & NAVARRO**
A Professional Corporation
Bank of America Building
222 E. Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _/s/ Mauro F. Ruiz_
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
State Bar No. 24007960
So. Dist. ID No. 23774

## CERTIFICATE OF SERVICE

    I certify that a true copy of this document has been sent to the persons listed below on the 28th day of September, 2000.

Mr. Carlos Quintana                  Via Fax and U.S. Regular Mail
LAW OFFICES OF CARLOS QUINTANA, PC
Neuhaus Tower, Suite 1302
200 South 10th Street
McAllen, Texas 78501

                               _____
                               Ricardo J. Navarro
                               Mauro F. Ruiz