IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE CUELLAR, Plaintiffs, § § § | |
| versus § | CIVIL ACTION B-99-195 |
| CITY OF SANTA ROSA AND JACOB L. BORJAS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, Defendants. § § § § § | |

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

BE IT REMEMBERED that on October 3, 2000, the Court considered Defendants' Advisory to the Court Regarding Renewed Mediation and Efforts and Request to Abate Rulings [Dkt. No. 23]. The Defendants inform the Court that the Parties will attempt to mediate again on October 24, 2000. Consequently, the Court GRANTS Defendants' request to abate rulings on pending motions [Dkt. No. 23] until after the mediator's request is filed with the Court, if the matter is not successfully mediated.

DONE at Brownsville, Texas, this 3rd day of October 2000.

Hilda G. Tagle
United States District Judge