IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE CUELLAR,
          Plaintiffs,

versus

CITY OF SANTA ROSA AND
JACOB L. BORJAS, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY,
          Defendants.

CIVIL ACTION B-99-195

## ORDER

The Court hereby **RESCHEDULES** this matter for December Docket Call and Jury Selection, pending the outcome of renewed mediation on October 24, 2000 and subsequent notification to the Court of its results.

DONE at Brownsville, Texas, this 17th day of October 2000.

Hilda G. Tagle
United States District Judge