26

United States District Court
Southern District of Texas
ENTERED

OCT 18 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Jose Cuellar §
§
§
versus § CIVIL ACTION B- 99-195
§
City of Santa Rosa, et al §
§

### Order Resetting Docket Call and Jury Selection

1. The docket call and final pretrial conference has been reset for 1:30 p.m. on:   12/6/00

2. Jury selection is reset for 9:00 a.m. on:   12/7/00
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed  October 18 , 2000 at Brownsville, Texas.

Hilda Tagle
Hilda G. Tagle
United States District Judge