UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 18 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE CUELLAR | § | |
| | § | |
| VS. | § | CAUSE NO. B-99-195 |
| | § | |
| THE CITY OF SANTA ROSA, | § | |
| AND OFFICER JACOB L. BORJAS, | § | |
| INDIVIDUALLY AND IN HIS | § | |
| OFFICIAL CAPACITY | § | |

### JOINT MOTION TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER

May It Please the Court:

NOW COMES Plaintiff, JOSE CUELLAR, and the CITY OF SANTA ROSA, TEXAS and JACOB BORJAS, Individually and Officially, (hereafter the "PARTIES") and file this Joint Motion to Extend Time to File Joint Pre-Trial Order and show the Court as follows:

I.

The joint pre-trial Order on this matter is due on October 19, 2000.

II.

City Defendants previously filed an Advisory to the Court and Motion to Abate Rulings, noting the parties' renewed attempt to mediate this matter, which is to take place on Tuesday, October 24, 2000. The Court, on October 3, 2000, abated rulings on motions filed with the Court pending the success of the mediation.

Parties Joint Motion to Extend Time to File
Joint Pre-Trial Order                                                                 Page 1

III.

Because the circumstances in this case have changed due to the scheduled mediation efforts, the Parties request a additional time to file their Joint Pre-Trial Order, pending the mediation. If the mediation is not successful, the Parties request a two-week extension of time from the mediation date of October 24, 2000, to file the Joint Pre-Trial Order (Tuesday, November 7, 2000).

IV.

The parties will not be prejudiced by as a result of the extension of time. This motion is not for delay, but so that justice may be done.

V.

The parties that the Court grant any such further relief, at law or in equity, to which they be entitled.

SIGNED this _____ day of October, 2000.

Respectfully submitted,

_____          _____
Counsel for Plaintiff                    Date
Mr. Carlos Quintana
State Bar No. 16436345
So. Dist ID No. 11359
Law Offices of Carlos Quintana, P.C.
Neuhaus Tower, Suite 1302
200 South 10th Street
McAllen, Texas 78501
956/687-9729 (Tel)
956/687-9750 (Fax)


*/s/ Mauro F. Ruiz*                      10/17/00
_____          _____
Counsel for City Defendants              Date
Mr. Ricardo J. Navarro
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953
Mr. Mauro F. Ruiz
State Bar No. 24007960
So. Dist. ID No. 23774
Bank of America Building
222 E. Van Buren, Ste. 405
Harlingen, Texas 78550
(956) 421-4904 (Tel)
(956) 421-3621 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 17th day of October, 2000.

Mr. Carlos Quintana                          Via Fax
Law Offices of Carlos Quintana
Neuhaus Tower, Suite 1302
McAllen, Texas 78501

                                      _____
                                      RICARDO J. NAVARRO
                                      MAURO F. RUIZ

_[signature]_          10/17/00
Counsel for Plaintiff        Date
Mr. Carlos Quintana
State Bar No. 16436345
So. Dist ID No. 11359
Law Offices of Carlos Quintana, P.C.
Neuhaus Tower, Suite 1302
200 South 10th Street
McAllen, Texas 78501
956/687-9729 (Tel)
956/687-9750 (Fax)

_[signature]_         10/17/00
Counsel for City Defendants       Date
Mr. Ricardo J. Navarro
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953
Mr. Mauro F. Ruiz
State Bar No. 24007960
So. Dist. ID No. 23774
Bank of America Building
222 E. Van Buren, Ste. 405
Harlingen, Texas 78550
(956) 421-4904 (Tel)
(956) 421-3621 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 17th day of October, 2000.

Mr. Carlos Quintana                        Via Fax
Law Offices of Carlos Quintana
Neuhaus Tower, Suite 1302
McAllen, Texas 78501

_[signature]_
RICARDO J. NAVARRO
MAURO F. RUIZ