UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 3 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FLOR ESTELLA BRIONES, INDIVIDUALLY * <br> AND AS REPRESENTATIVE OF THE * <br> ESTATE OF JOSE CUELLAR AND AS NEXT * <br> FRIEND OF JOSE CUELLAR, JR., AND * <br> JUANITA CUELLAR, MINORS * <br>  * <br> VS * <br>  * <br> THE CITY OF SANTA ROSA, * <br> AND OFFICER JACOB L. BORJAS * <br> INDIVIDUALLY AND IN HIS OFFICIAL * <br> CAPACITY * | CAUSE NO. B-99-195 |

**CITY DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR CONTINUANCE AND ADVISORY TO THE COURT**

May It Please the Court:

COMES NOW, the CITY DEFENDANTS in this cause and file this response to Plaintiff's motion for continuance, as well as an advisory to the Court on pending matters.

**No Opposition to Motion for Continuance**

First, CITY DEFENDANTS hereby apprize the Court that they have no opposition to Plaintiff's motion for continuance, albeit for reasons different than those asserted by Plaintiff.

Plaintiffs' counsel correctly informs the Court that the previously contemplated mediation, which had been set by agreement for October 24, 2000, did not in fact take place. Plaintiffs' counsel withdrew his consent on the eve of mediation because of scheduling difficulties related to litigation obligations in

City Defendants' Response & Advisory                                    Page 1

another forum. Consequently, even though CITY DEFENDANTS and their representatives appeared for the mediation at the appointed time, the mediation did not, in fact, occur for the reasons stated by Plaintiffs' counsel.

It is also true that the parties have been engaged in informal settlement discussions through counsel. However, at this time no settlement has been achieved.

### Pending Qualified Immunity Motion

Further, CITY DEFENDANTS have pending before the Court a dispositive motion which addresses both the qualified immunity defense of DEFENDANT JACOB BORJAS, who has been individually sued, as well as a motion on behalf of the CITY OF SANTA ROSA itself.

Although the Court had granted the motion to stay discovery proceedings in this cause pending a ruling on the qualified immunity motion, the parties nevertheless engaged in some voluntary discovery. Counsel for CITY DEFENDANTS agreed to some limited discovery to allow Plaintiffs' counsel an fair and adequate opportunity to respond to the qualified immunity motion and other dispositive motion on file.

In this regard, CITY DEFENDANTS have filed some related collateral motions attacking the integrity of the affidavit testimony tendered by Plaintiffs in response to the qualified immunity motion. Those motions contend that the affidavit testimony tendered by Plaintiffs does not comply with the Rules of

Evidence, and is therefore legally incapable of creating a material issue of disputed fact on the affirmative defenses asserted on behalf of DEFENDANT BORJAS.

Under Fifth Circuit caselaw, DEFENDANT BORJAS, is entitled to a ruling on his assertion of qualified immunity prior to being made to go to trial. *See Helton vs. Clements*, 787 F.2d 1016 (5th Cir. 1986). For the reasons outlined in *Helton vs. Clements*, DEFENDANT BORJAS may also be entitled to pursue an interlocutory appeal of the Court's denial of the assertion of immunity or the failure to rule on same.

It is because the Court has not yet ruled on the pending qualified immunity motion that the CITY DEFENDANTS do not oppose Plaintiffs' motion for continuance.

### Conclusion & Prayer

Therefore, for the foregoing reasons, CITY DEFENDANTS hereby apprize the Court that 1) they do not oppose Plaintiffs' motion for continuance and 2) that the Court has yet to rule on the pending qualified immunity motion as to DEFENDANT BORJAS.

SIGNED this 13th day of November, 2000.

Respectfully submitted,

DENTON, McKAMIE & NAVARRO
a Professional Corporation
Bank of America Building
222 E. Van Buren, Ste. 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Facsimile)

By: *Ricardo J. Navarro* (signature)
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
State Bar No. 24007960
So. Dist. ID No. 23774
ATTORNEY FOR CITY DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been sent by Certified Mail/Return Receipt Requested unless otherwise indicated, to the person(s) listed below on this 13th day of November, 2000.

Mr. Carlos Quintana
**LAW OFFICES OF CARLOS QUINTANA**
1302 Neuhaus Tower
McAllen, Texas 78501
ATTORNEY FOR PLAINTIFFS

*Ricardo J. Navarro* (signature)
RICARDO J. NAVARRO