30

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 13 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FLOR ESTELLA BRIONES, Individually and As Representative of the Estate of JOSE CUELLAR and As Next Friend of JOSE CUELLAR, JR., and JUANITA CUELLAR, Minors<br>       PLAINTIFF | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-195 |
| THE CITY OF SANTA ROSA, and OFFICER JACOB L. BORJAS, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY<br>       DEFENDANTS | § § § § § | <u>JURY TRIAL DEMANDED</u> |

**PLAINTIFF'S MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, FLOR ESTELLA BRIONES CUELLAR Individually and As Representative of the Estate of JOSE CUELLAR, and As Next Friend of JOSE CUELLAR, JR., and JUANITA CUELLAR, in the above styled and numbered cause and file this their Motion for Continuance, and in support thereof would show unto the Court as follows:

I.

PLAINTIFFS would respectfully show that the above referenced cause of action is set for an Docket Call on December 6, 2000.

Plaintiff's counsel has been in trial on a case styled <u>R.A.M., et al v. Dr. Ahmed</u>,

Cause No. C-5469-94-B for the past three weeks. Said trial is estimated to last an additional two weeks.

As additional grounds to request the present motion are issues revolving the completion of discovery.

As the court is aware, Defendants filed a Motion to Dismiss and Motion for Summary Judgment requesting the court to abate discovery pending the court's ruling on Defendant's Motions. The court then entered an order abating discovery.

The parties nevertheless engaged in voluntary discovery, mainly in taking depositions of Plaintiff's witnesses. The parties then began discussing the continuation of the mediation previously held.

At about the same time, the parties agreed to suspend the taking of any more depositions pending the outcome of the mediation.

At the time of the second mediation, the undersigned was called to trial on a matter styled R.A.M.,e t al v. Dr. Ahmed. As a result the undersigned was forced to cancel the mediation. As of the continuing of this motion, that case is still being tried. It is anticipated this trial will go for two more weeks. That case may be concluding very close to the Thanksgiving holidays. The undersigned has provided a list of witnesses to be deposed. At the present, some of the persons to be deposed are no longer employed work the city of Santa Rosa, However, sue to present case, the undersigned is not able to take the needed depositions to prepare this case for trial.

For this court's information, as of the filing of the Motion, the parties are engaged

in direct settlement negotiations.

As such, Plaintiffs respectfully a continuance of the docket call date and jury selection date for an additional sixty days.

If said Motion for Continuance is not granted, Defendant will suffer undue harm and prejudice by being forced to go to pre-trial without counsel.

## II.

Plaintiff would further show that there are no other remedies available at this time other than to seek a continuance in an effort to try to protect his rights.

## III.

Plaintiff would show that this Motion for Continuance is not sought for delay, but only so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff pray that the Court grant his Motion for Continuance and that the docket call date and jury selection date be delayed for 60 days from granting of the continuance.

Respectfully submitted,

LAW OFFICES OF CARLOS QUINTANA
Neuhaus Tower, Suite 1302
McAllen, Texas 78501
(956) 687-9729
(956) 687-9760 FAX

_____
CARLOS QUINTANA
State Bar No. 16436345
Attorney for Plaintiffs

STATE OF TEXAS            §
                          §
COUNTY OF HIDALGO         §

    **BEFORE ME**, the undersigned authority personally appeared **CARLOS QUINTANA**, who after being duly sworn, deposed and stated as follows:

"My name is Carlos Quintana and I am over the age of 18 years. I am a licensed attorney to practice law in the State of Texas and before the honorable court. I have read the foregoing Defendant's Motion for Continuance and every statement contained herein is within my own personal knowledge, true and correct.

Further Affiant sayeth not."

_____
CARLOS QUINTANA

    **SWORN AND SUBSCRIBED TO**, before me by the said **CARLOS QUINTANA**, on this the __8__ day of November, 2000.



_____
Notary Public, State of Texas

~~My~~ Commission Expires:_____

## CERTIFICATE OF CONFERENCE

I, CARLOS QUINTANA, do hereby certify that I have contacted Counsel for Defendants in the above styled and numbered cause, and he is unopposed the filing and granting of this motion.

_____
CARLOS QUINTANA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion For Continuance has been duly served pursuant to the Texas Rules of Civil Procedure, on this the 8 day of November, 2000, to:

Mr. Ricardo Navarro
DENTON, McKAMIE & NAVARRO
Bank of America Bldg.
222 E. Van Buren, Suite 405
Harlingen, TX 78550

_____
CARLOS QUINTANA