32

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# ADR MEMORANDUM TO CLERK OF COURT

(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED

NOV 1 6 2000

Michael N. Milby
Clerk of Court

Flor Estella Briones, et al.
    **Plaintiff(s)**

v.

The City of Santa Rosa, et al.
    **Defendant(s)**

Division **Brownsville**
Civil Action No. **B-99-195**

**ADR METHOD:**   Mediation   __X__   Arbitration   _____
                  Mini – trial _____   Summary Jury Trial _____

**TYPE OF CASE:** _____

1. Please check one of the following:
   The case referred to ADR settled _____ or did not settle __X__.

2. My total fee and expenses were: $ **None** _____.
   (if you had no fee and expenses, please indicate if the case settled before ADR, OR if the ADR processing was conducted on a no-fee basis pursuant to order of the court or agreement of the parties.)

   _Mediation did not proceed – plaintiffs counsel was in trial on another case_ _____

3. Please list names, address and telephone numbers of all parties and all counsel of record:

Name: Mr. Carlos Quintana

Firm: Law Office of Carlos Quintana, P.C.

Address: Neuhaus Tower, Suite 1302

McAllen, Texas 78501

Telephone: 956/687-9729

Name: Mr. Ricardo J. Navarro / Mauro Ruiz

Firm: Denton, McKaime & Navarro

Address: 222 East Van Buren, #405

Harlingen, Texas 78550

Telephone: 956/421-4904

Date: 11-14-00

**ADR PROVIDER**
Name: Leo C. Salzman

Signature: _Leo C. Salzman_

SDTX-ADR.5