IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 20 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _D. H. Aldape_

| | |
|---|---|
| FLOR ESTELLA BRIONES, Individually and as Representative of the Estate of JOSE CUELLAR and as Next of Friend of JOSE CUELLAR, JR. and JUANITA CUELLAR, Minors<br><br>Plaintiffs,<br><br>versus<br><br>CITY OF SANTA ROSA AND OFFICER JACOB L. BORJAS, Individually and In His Official Capacity,<br><br>Defendants. | § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION B-99-195 |

## ORDER

BE IT REMEMBERED that on November 20, 2000, the Court considered Plaintiffs' Motion for Continuance [Dkt. No. 30] and Defendants' Response to Plaintiffs' Motion for Continuance and Advisory to the Court [Dkt. No. 29]. This matter had been re-set once before from the November to December Docket so that the Parties could engage in renewed mediation efforts. This mediation never took place [Dkt. No. 32]. Therefore, the Court hereby **DENIES** Plaintiff's Motion for Continuance [Dkt. No. 30]; this matter remains set for Docket Call on December 6, 2000 and jury selection on December 7, 2000.

DONE at Brownsville, Texas, this 20 day of November 2000.

_____
Hilda G. Tagle
United States District Judge

34