36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FLOR ESTELLA BRIONES, INDIVIDUALLY * <br> AND AS REPRESENTAITVE OF THE * <br> ESTATE OF JOSE CUELLAR AND AS NEXT * <br> FRIEND OF JOSE CUELLAR, JR., AND * <br> JUANITA CUELLAR, MINORS * <br>   * <br> VS * <br>   * <br> THE CITY OF SANTA ROSA, * <br> AND OFFICER JACOB L. BORJAS * <br> INDIVIDUALLY AND IN HIS OFFICIAL * <br> CAPACITY * | CAUSE NO. B-99-195 |

**DEFENDANT BORJAS' SUBMISSION OF PRETRIAL ORDER EXHIBITS**

May It Please the Court:

COMES NOW DEFENDANT, JACOB L. BORJAS, Individually, and files hereby files the attached exhibits to the Joint Pretrial Order previously filed with the Court:

1. Defendant's Exhibit List, as per ¶10 of the Joint Pretrial Order;

2. Defendant's Witness List, as per ¶10 of the Joint Pretrial Order; and,

**CONCLUSION**

Therefore, DEFENDANT JACOB BORJAS hereby tenders these documents as part of the Pre-trial Order submission prior to trial of this cause.

SIGNED this 4th day of December, 2000.

Respectfully submitted,

**DENTON, McKAMIE & NAVARRO**
a Professional Corporation
Bank of America Building
222 E. Van Buren, Ste. 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Facsimile)

By: */s/ Ricardo J. Navarro/*
RICARDO J. NAVARRO
Attorney In Charge
State Bar No.14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
State Bar No. 24007960
So. Dist. ID No. 23774
ATTORNEY FOR CITY DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this document has been sent by U.S. Mail, postage prepaid, unless otherwise indicated, to the person(s) listed below on this 4th day of December, 2000.

Mr. Carlos Quintana                    **By Fax & Regular Mail**
LAW OFFICES OF CARLOS QUINTANA
1302 Neuhaus Tower
McAllen, Texas 78501
COUNSEL FOR PLAINTIFF

*/s/ Ricardo J. Navarro/*
RICARDO J. NAVARRO

r:\cuellar\ptoexhibits.def

# UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

| *Cuellar v. Borjas* | CASE NO. B-99_195 |
|---|---|
| | **Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of | Proceeding                                    Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Borjas TCLEOSE Certifications: L-1 thru L-5, | | |
| 2 | Training Certificates for Defendant Borjas (produced in discovery) | | |
| 1 | Offense/Incident Report No. 97-12-09, including supplements prepared by Officer Jacob Borjas | | |
| 2 | Medical Records of Harlingen EMS | | |
| 3 | Medical Records from Gale T. Downey | | |
| 4 | Medical Records from Valley Baptist Hospital | | |
| 5 | Certificate of Death: Jose Cuellar | | |
| 6 | Plaintiff's Responses and Answers to Defendant City's First Set of Requests for Production, Request for Admissions and Interrogatories, and amendments thereto | | |
| 7 | Statement of Estela Olivarez | | |
| 8 | | | |
| 9 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

EXHIBIT "D-1"

ClibPDF - www.fastio.com

# UNITED STATES DISTRICT COURT  ★  SOUTHERN DISTRICT OF TEXAS

| *Cuellar v. Borjas* | CASE NO. B-99-195 |
|---|---|
|  | **Witness List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of **Witnesses** | Proceeding                                Date |
|  |  |

| No. | Witness |
|---|---|
| 1 | Jacob Borjas |
| 2 | Estela Olivarez |
| 3 | Terry Vinson, Expert |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |
| 10 |  |
| 11 |  |
| 12 |  |
| 13 |  |
| 14 |  |
| 15 |  |

EXHIBIT "D-2"