37

# Civil FINAL PRETRIAL Minutes

United States District Court
Southern District of Texas
FILED

DEC 0 6 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo    ☐ Koerner |
| DATE | 12 – 06 – 00 |
| TIME | ___ a.m. / 2:04 p.m.  —  ___ a.m. / 2:29 p.m. |
| CIVIL ACTION | B – 99 – 195 |
| STYLE | Cuellar *versus* Borjas |

## DOCKET ENTRY

(HGT)   ■ Final Pretrial Conference – (Rptr. Breck Record)

No appearance for    ■ Ptf. #_____

Ricardo Navarro for    ■ Deft. #_____

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

■   <u>Notes for trial</u>:

1. The parties have settled; notice of settlement is to be filed w/the Court.

2. Defendant's counsel had represented to Plaintiff's counsel, Carlos Quintana, that he would go to Court for both parties. The Court admonished Plaintiff's counsel that he could not excuse another attorney from attending final pretrial conference. Mr. Quintana is to contact the Court to reassure the Court that he understands that he cannot voluntarily absent himself from appearing, even if another attorney agrees to go in his stead.

1