38

# DENTON, MCKAMIE & NAVARRO
### A Professional Corporation
### ATTORNEYS AND COUNSELORS
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
(956) 421-4904
Fax (956) 421-3621

Lowell F. Denton*
William M. McKamie*
Ricardo J. Navarro
Susan C. Rocha

Charles H. Sierra
Patrick C. Bernal
Regina B. Criswell
Deborah L. Leach
Mauro F. Ruiz
OF COUNSEL:
Olivero E. Canales

* Board Certified Civil Trial Law
  Texas Board of Legal Specialization

LAREDO OFFICE
1102 Scott, Suite 4-B
Laredo, Texas 78040
(956) 726-6018
Fax (956) 723-1327

SAN ANTONIO OFFICE
310 So. St. Mary's Street
Suite 1700
San Antonio, Texas 78205
(210) 227-3243
Fax (210) 225-4481

United States District Court
Southern District of Texas
FILED
DEC 06 2000
Michael N. Milby, Clerk of Court

December 06, 2000

Mr. Carlos Quintana
LAW OFFICES OF CARLOS QUINTANA, P.C.
Neuhaus Tower, Suite 1302
200 South 10th Street
McAllen, Texas 78501

By Fax: 956/687-9760

Re: Jesse Cuellar vs. City of Santa Rosa & Officer Borjas
    Cause No. B-99-195 (S.D. Tex.-Brownsville Division)

Dear Mr. Quintana:

This letter is intended to confirm the agreement between our clients to settle this lawsuit in its entirety for the total sum of $24,000, each side to bear its own costs and attorney's fees. As previously mentioned, I can have a settlement draft to you probably within the next ten days, and certainly before the Christmas Holidays. I need to know how you want the draft made payable. I also need your tax i.d. number. I will prepare the settlement documents and court dismissal papers. I will attend the hearing set for this afternoon and advise the Court that we have settled the case. By your signature below, I am also asking that you agree to give me permission to speak on your behalf and represent to the Court that we have settled the case in the amounts and the conditions above indicated.

Very Truly Yours,

Ricardo J. Navarro

APPROVED & AGREED:

Carlos Quintana
Counsel for Plaintiff