39

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FLOR ESTELLA BRIONES, INDIVIDUALLY  * <br> AND AS REPRESENTATIVE OF THE  * <br> ESTATE OF JOSE CUELLAR AND AS NEXT * <br> FRIEND OF JOSE CUELLAR, JR., AND  * <br> JUANITA CUELLAR, MINORS  * <br>   * <br> VS   * <br>   * <br> THE CITY OF SANTA ROSA,  * <br> AND OFFICER JACOB L. BORJAS  * <br> INDIVIDUALLY AND IN HIS OFFICIAL  * <br> CAPACITY   * | CAUSE NO. B-99-195 |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW PLAINTIFFS **FLOR ESTELLA BRIONES CUELLAR** *Individually and As Representative of the Estate of* **JOSE CUELLAR,** *and As Next Friend of* **JOSE CUELLAR, JR.,** *and* **JUANITA CUELLAR** and DEFENDANT **JACOB L. BORJAS,** *Individually and In His Official Capacity,* and move this Court for an Order dismissing this case against Defendant **JACOB L. BORJAS,** *Individually and In His Official Capacity,* and in support thereof would show the following:

The PlaintiffS **FLOR ESTELLA BRIONES CUELLAR** *Individually and As Representative of the Estate of* **JOSE CUELLAR,** *and As Next Friend of* **JOSE CUELLAR, JR.,** *and* **JAUNITA CUELLAR** and Defendant **JACOB L. BORJAS,** *Individually and In His Official Capacity,* by and through their attorneys of record, have informed the Court that the claims against the Defendant have been compromised and settled, and the

Plaintiffs and Defendants hereby pray that all causes of action against Defendant **JACOB L. BORJAS,** *Individually and In His Official Capacity,* be dismissed with prejudice as of the settlement.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **FLOR ESTELLA BRIONES CUELLAR** *Individually and As Representative of the Estate of* **JOSE CUELLAR,** *and As Next Friend of* **JOSE CUELLAR, JR.,** and **JAUNITA CUELLAR** and Defendant **JACOB L. BORJAS,** *Individually and In His Official Capacity*, request this Court enter and Order dismissing this suit with prejudice as to Defendant **JACOB L. BORJAS,** *Individually and In His Official Capacity*, with all Court costs to be borne by the party incurring same.

Signed on this the 20th day of December, 2000.

Respectfully submitted,

**DENTON, McKAMIE & NAVARRO**
A Professional Corporation
Bank of America Building
222 E. Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Facsimile)

By: /s/ Ricardo J. Navarro
Ricardo J. Navarro
State Bar No. 14829100
Federal Adm. No. 5953
Mauro F. Ruiz
State Bar No. 24007960
Federal Adm. No. 23774

***Attorneys for Defendant,***
JACOB L. BORJAS, *Individually and In His Official Capacity*

**LAW OFFICES OF CARLOS QUINTANA**
Nuehaus Tower, Suite 1302
McAllen, Texas 78501
956/687-9729
956/687-6790 (Facsimile)

By: /s/ Carlos Quintana
Carlos Quintana
State Bar No. 16436345

***Attorney for Plaintiffs,***
FLOR ESTELLA BRIONES CUELLAR
*Individually and As Representative of the Estate of* JOSE CUELLAR, *and As Next Friend of* JOSE CUELLAR, JR., and JAUNITA CUELLAR