IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 0 4 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **FLOR ESTELLA BRIONES, Individually and as Representative of the Estate of JOSE CUELLAR and as Next of Friend of JOSE CUELLAR, JR. and JUANITA CUELLAR, Minors** § § § § § § | |
| Plaintiffs, § | |
| versus § | CIVIL ACTION B-99-195 |
| § | |
| **OFFICER JACOB L. BORJAS, Individually and In His Official Capacity,** § § | |
| Defendant. § | |

## Final Order of Dismissal

BE IT REMEMBERED that on January 4, 2001, the Court considered the Parties' Joint Motion to Dismiss [Dkt. No. 39].

1.  The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2.  The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 04 day of January 2001.

Hilda G. Tagle
United States District Judge